BESSIE GILLIGAN, Respondent, *v.* RICHARD L. JONES et al., Copartners under the Name of JONES TAXICAB COMPANY, Appellants.

(Argued April 17, 1936; decided May 1, 1936.)

*John E. Mack* and *William B. Shelton* for appellants.
*James E. Carroll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.